ERVIN F. ASHE v. SOUTHERN RAILWAY COMPANY, JOE DAUGHERTY
AND W. H. MICHAEL.

(Filed 27 May, 1931.)

APPEAL by plaintiff from *MacRae, Special Judge,* at October Term,
1930, of JACKSON. Affirmed.

*Doyle D. Alley, A. Hall Johnston and Alley & Alley for plaintiff.*
*C. K. Hughes and Jones & Ward for defendants.*

PER CURIAM. The plaintiff brought suit to recover damages for per-
sonal injury alleged to have been caused by the negligence of the defend-
ants in the operation of a train of the Southern Railway Company. At
the close of the plaintiff's evidence the action was dismissed as in case
of nonsuit. After careful examination of the evidence and of the briefs
filed on behalf of plaintiff and defendant, we are convinced that the
plaintiff is not entitled to the recovery of damages. The judgment dis-
missing the action is therefore
Affirmed.